IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARONDA CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05CV240-D |
| | )             (WO) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Oral argument on the plaintiff's motion to compel and motion for an award of attorney's fees (doc. # 36) is presently set for 2:00 p.m on November 16, 2005.  On November 15, the plaintiff notified the court that the parties had reached an amicable settlement of all issues.  Accordingly, it is

ORDERED that the plaintiff's motion to compel and motion for an award of attorney's fees (doc. # 36) be and is hereby DENIED as moot.  It is further

ORDERED that oral argument set for November 16, 2005, be and is hereby CANCELLED.

Done this 15th day of November, 2005.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE